FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ OCT 06 2016

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
CHAYA PROTOVIN

                Plaintiff,

       -against-

NORTHSTAR LOCATION SERVICES, LLC

              Defendant.

-------------------------------------------------------

15 CV 6606 (SJ) (JO)

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, being that the matter has been resolved, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

/s/ USDJ STERLING JOHNSON , JR.
_____
U.S.D.J.
10/4/16